UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 06 B 03789
   KENNETH M LONNGREN
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK
       Debtor
   SSN XXX-XX-8494
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 04/07/06 and confirmed on 07/27/06.

2. The case was dismissed after confirmation, 10/26/2007.

3. The Debtor paid a total of $ 8070.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MORTGAGE ELECTRONIC REG | CURRENT MORTG | .00 | .00 | .00 |
| MORTGAGE ELECTRONIC REG | MORTGAGE ARRE | 5821.42 | .00 | 5821.42 |
| GMAC PAYMENT CENTER | UNSECURED | 3080.30 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 4745.89 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 877.54 | .00 | .00 |
| ATLANTIC CREDIT & FINANC | UNSECURED | 270.45 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 5821.42 | .00 | 8974.18 | .00 | 14795.60 |
| PRINCIPAL PAID | 5821.42 | .00 | .00 | .00 | 5821.42 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 5821.42 | .00 | .00 | .00 | 5821.42 |

The Debtor's attorney, ROBERT W GOLDSMITH          , was allowed $   2700.00 and was paid $   700.00  direct and $  2000.00  through the plan.

The Trustee received $    248.58 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/10/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

```
                              PAGE   2
   CASE NO.  06 B 03789 KENNETH M LONNGREN
```